QUAILES *v.* LANDRUM.

BECK, P. J. This case was submitted to the presiding judge without the intervention of a jury. After hearing the evidence submitted by both parties, the court rendered a judgment finding in favor of the defendant. A motion for new trial was made, which contained only the general grounds. An examination of the record shows that the evidence authorized the judgment rendered by the court.

*Judgment affirmed. All the Justices concur except Russell, C. J., absent because of illness.*

No. 10045.   JULY 12, 1934.

*M. B. Eubanks,* for plaintiff. *Wright & Covington,* for defendant.